AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00276 |
| James Flint-Smith | ) Assigned to: Judge Harvey, G. Michael. |
| | ) Assign Date: 8/26/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ James Flint-Smith _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building or Grounds.

Date: 08/26/2024                            _____
                                            *Issuing officer's signature*

City and state: Washington, D.C.            G. Michael Harvey, U.S. Magistrate Judge
                                            *Printed name and title*

---

### Return

This warrant was received on *(date)* 8/26/24, and the person was arrested on *(date)* 8/30/24
at *(city and state)* Tampa, FL.

Date: 8/30/24                               _____
                                            *Arresting officer's signature*

                                            Jesse DePaolo, SA
                                            *Printed name and title*